part of defendant's answer purporting to volunteer an explanation of some matter about which a request for admissions has been made was unresponsive to the request and was not binding on a plaintiff. See: Mosby v. Texas & P. Railway Co., Tex. Civ.App., 191 S.W.2d 55.

We think that the admissions of fact which were made by the two appellants named, together with the other evidence introduced by the appellee, were sufficient to support the findings of fact made by the trial court in favor of the appellee. Appellee was not bound by the denials made by such appellants and Points 4 and 5 are overruled.

We believe that the trial court correctly overruled appellants' pleas of privilege, and the judgment of the trial court is affirmed.

the appellants, L. T. Halbert, Jr., et al., in a suit against them by Lester Batisse, the appellee.

This is a companion case to No. 6056, Halbert v. Sylestine, Tex.Civ.App., 292 S. W.2d 135.

Appellee Batisse was a passenger in a car driven by Sylestine, which was in collision with a truck owned by the appellants, L. T. Halbert et al. The same collision was the basis of both suits against these appellants.

The same statement of facts used by the appellants in the companion case. No. 6056, was used in this case. The same principles of law are urged in this case by the appellants and the appellee as were urged in the companion case. We make the same holding in this case as was made in the companion case, for the reasons set out in the opinion in said Cause No. 6056, and the judgment of the trial court is affirmed.

**L. T. HALBERT, Jr., and E. P. Halbert et al., Appellants,**

v.

**Lester BATISSE, Appellee.**

No. 6057.

Court of Civil Appeals of Texas. Beaumont.

May 31, 1956.

Blades, Kennerly & Whitworth, Houston, for appellant.

Robert Willis, Ross Hightower, Livingston, for appellee.

R. L. MURRAY, Chief Justice.

This is an appeal from the order and judgment of the district court of Polk County overruling the pleas of privilege of

**Gerald WEATHERLY, Appellant,**

v.

**Armando LONGORIA, Appellee.**

No. 13020.

Court of Civil Appeals of Texas. San Antonio.

May 31, 1956.

Rehearing Denied June 20, 1956.

